1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FRANCISCO S. PARDO, M.D.,

Plaintiff,

vs.

SAGEPOINT LENDER SERVICES LLC, RESIDENTIAL CREDIT SOLUTIONS, INC., BANK OF AMERICA, NA, THE BANK OF NEW YORK MELLON, As Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-15, formerly known as THE BANK OF NEW YORK,

Defendants.

CASE NO. 14cv305 WQH-DHB

**ORDER**

HAYES, Judge:

On February 18, 2014, Defendants Bank of America, N.A., Bank of New York Mellon, and Residential Credit Solutions, Inc. filed a Motion to Dismiss the original Complaint.  (ECF No. 5).  On March 5, 2014, Plaintiff filed the First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1).  (ECF No. 7).  Once filed, an amended complaint supersedes the original complaint in its entirety.  *See London Coopers & Lybrand*, 644 F.2d 811, 814 (9th Cir. 1981).  The Motion to Dismiss, addressing the original Complaint, became moot once the First Amended Complaint was filed.

On March 5, 2014, Plaintiff filed a motion to remand on the basis of lack of diversity jurisdiction.  (ECF No. 11).

1   IT IS HEREBY ORDERED that the Motion to Dismiss the original Complaint

2   (ECF No. 5) is DENIED as moot.

3   IT IS FURTHER ORDERED that Defendants shall file any response to

4   Plaintiff's motion to remand (ECF No. 11) no later than **March 26, 2014**. Plaintiff shall

5   file any reply no later than **April 2, 2014**.

6   DATED:  March 13, 2014

7

8   **WILLIAM Q. HAYES**
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28